# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **AMBER HANEY, JASON EVANS, MCKENNIA FITCH, DAVID KNIGHTEN and CHRISTIE STINSON,** individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>**CHARTER FOODS NORTH, LLC, and CHARTER FOODS, INC.**<br><br>      Defendants. | **Case No. 2:23-cv-00046-TRM-CRW** |

### <u>PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE AND SCHEDULING OF A FINAL APPROVAL HEARING</u>

# I.     INTRODUCTION

Plaintiffs Amber Haney, Jason Evans, McKennia Fitch, David Knighten, and Christie Stinson ("Plaintiffs"), on behalf of themselves and all other similarly situated persons, by and through their Rule 23(g)(3) appointed Interim Class Counsel and Liaison Counsel, respectfully move for preliminary approval of the settlement of this class action as provided herein.

Through this Motion, Plaintiffs seek preliminary approval of the terms of the Settlement Agreement dated January 13, 2025 (the "Settlement"), a fully executed copy of which is attached to the Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement as **Exhibit 1** (along with Exhibits A – E attached thereto). For the reasons set forth below, the proposed Settlement is fair, reasonable, adequate and in the best interests of the Class Members, and it warrants this Court's preliminary approval. Plaintiffs seek the Court's preliminary approval of this Settlement under Federal Rule of Civil Procedure ("Rule") 23(e)(1) so that notice of the Settlement can be disseminated to the Class and the Final Approval Hearing scheduled. At the Final Approval Hearing, the Court will have before it additional submissions in support of the Settlement, as well as any objections that may be filed, and will be asked to determine whether, in accordance with Rule 23(e)(2), the Settlement is fair, reasonable, and adequate.

The Settlement Class is comprised of "all persons in the United States whose information may have been impacted in the Data Incident, including persons to whom Defendants mailed a notification that their information may have been impacted in the Data Incident." The Settlement negotiated on behalf of the class provides for the creation of a $807,500.00 non-reversionary Settlement Fund. The Settlement Fund shall be used by the Settlement Administrator to pay the following: (i) Costs of Settlement Administration; (ii) Taxes and Tax-Related Expenses; (iii)

Service Awards; (iv) Fee Award and Costs; and (v) the Settlement Benefits elected by Settlement Class Members who submit valid and timely Settlement Claim pursuant to the terms of this Settlement. For the reasons set forth in the Memorandum filed in support of this Motion, the Settlement is reasonable and in the best interests of the Class Members. Plaintiffs respectfully request that the Court:

(1)    Preliminarily approve of the Settlement as fair, reasonable, adequate and in the best interests of the Class Members;

(2)    Preliminarily certify, for purposes of settlement only, the Settlement Class;

(3)    Preliminarily appoint Interim Class Counsel and Liaison Counsel as Settlement Class Counsel and permit Class Counsel to file a motion seeking Attorneys' Fees and Costs as contemplated by the Settlement;

(4)    Preliminarily appoint the named Plaintiffs as Class Representative Plaintiffs and approve of Service Awards as contemplated by the Settlement;

(5)    Approve of the issuance of Class Notice to Class Members as contemplated by the Settlement Agreement and determine that such Notice complies with all requirements, including, but not limited to, Rule 23 of the Federal Rules of Civil Procedure and the Due Process Clause of the United States Constitution;

(6)    Approve of the form of notice provided pursuant to the Class Action Fairness Act as reasonable and appropriate under the circumstances;

(7)    Approve of and designate Simpluris as the Settlement Administrator and order that firm to disseminate, in accordance with the terms of the Settlement Agreement and Preliminary Approval Order, the Class Notice;

(8)    Require Class Members who wish to object to the Settlement to submit a timely written objection by a deadline and advise that a failure to do so shall prevent those Class Members from objecting to the Settlement;

(9)    Require any Class Member who objects to the Settlement and wishes to appear at the Final Approval Hearing to file a notice of intent to appear;

(10)    Set a Claims Deadline and a deadline and procedure by which Class Members can opt out or exclude themselves from the Settlement Class;

(11)    Authorize the Parties to take all necessary and appropriate steps to implement the Settlement; and

2

(12)     Schedule a Final Approval Hearing.


Dated:  January 14, 2025                              Respectfully submitted,

                                             By: _Scott E. Cole_____
                                                  Scott E. Cole
                                                  **COLE & VAN NOTE**
                                                  555 12th Street, Suite 2100
                                                  Oakland, CA 94607
                                                  Telephone: (510) 891-9800
                                                  Email: sec@colevannote.com

                                                  Tyler J. Bean
                                                  **SIRI & GLIMSTAD LLP**
                                                  745 Fifth Avenue, Suite 500
                                                  New York, New York 10151
                                                  Telephone: (212) 532-1091
                                                  Email: tbean@sirillp.com

                                                  John A. Yanchunis
                                                  **MORGAN & MORGAN COMPLEX
                                                  LITIGATION GROUP**
                                                  201 North Franklin Street 7th Floor Tampa,
                                                  Florida 33602
                                                  Telephone: (813) 223-5505
                                                  Email:  JYanchunis@forthepeople.com

                                                  Lisa A. White
                                                  **MASON LLP**
                                                  5335 Wisconsin Ave. NW, Ste. 640
                                                  Washington, DC 20015
                                                  Telephone: (202) 470-6213
                                                  Email: lwhite@masonllp.com

                                                  *Attorneys for Plaintiffs and
                                                  the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 14, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/ Scott Edward Cole*
Scott Edward Cole, Esq.